Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant RocketReach LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, and PETER ANDREYEV, | (Electronically Filed) |
| Plaintiffs, | CIVIL ACTION |
| v. | |
| | Civil Action No. _____ |
| ROCKETREACH LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* | |
| Defendants. | |

## DECLARATION OF ANGELO A. STIO III

I, Angelo A. Stio III declare as follows:

1.      I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration.  If called as a witness, I could and would competently testify as to these same facts.

2.      I have personal knowledge of the facts set forth in this Declaration.

3.      I am a partner with the law firm Troutman Pepper Hamilton Sanders, LLP, which is representing Defendant RocketReach LLC in the above-captioned matter.

4.      Attached as **Exhibit 1** is a true and correct copy of Plaintiff Edwin Maldonado's public facing LinkedIn profile.

5.      Attached as **Exhibit 2** is a true and correct copy of Plaintiff Peter Andreyev's public facing LinkedIn profile.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on April 8, 2024

                                    */s/ Angelo A. Stio*
                                    Angelo A. Stio III