Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant RocketReach LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer* EDWIN MALDONADO and PETER ANDREYEV<br><br>Plaintiffs,<br><br>v.<br><br>ROCKETREACH LLC, RICHARD DOES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | (Electronically Filed)<br><br>CIVIL ACTION<br>Civil Action No. _____ |

## DIVERSITY DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, defendant RocketReach LLC hereby states that it is a limited liability company whose members are:

    1. Andrew Tso, a citizen of Florida;

    2. Amit Shanbhag, a citizen of Washington;

    3. Brighton Park, a citizen of Connecticut;

    4. Phillip Hadley, a citizen of Connecticut; and

5. Daversa Partners, Inc., a Florida corporation with its principal place of business in Connecticut.

Pursuant to 28 U.S.C. § 1746 and Fed. R. Civ. P. 11, I certify that the foregoing is true and accurate.

Dated:  April 8, 2024

                *s/ Angelo A. Stio III*
                Angelo A. Stio III
                Melissa A. Chuderewicz
                **TROUTMAN PEPPER**
                **HAMILTON SANDERS LLP**
                Suite 400
                301 Carnegie Center
                Princeton, NJ 08540-6227
                (609) 951-4125
                Angelo.Stio@troutman.com
                Melissa.Chuderewicz@troutman.com

                *Attorneys for Defendant RocketReach LLC*