Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6227
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant RocketReach LLC*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| ATLAS DATA PRIVACY CORPORATION, et al., Plaintiffs, v. ROCKETREACH LLC, et al., Defendants. | (Electronically Filed) <br><br> Civil Action No. 1:24-cv-04664 <br><br> **NOTICE OF APPEARANCE** |
|---|---|

The undersigned hereby appears on behalf of Defendant RocketReach LLC. in the above matter.

Respectfully,

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:   /s/ Melissa A. Chuderewicz _____
Melissa A. Chuderewicz
301 Carnegie Center, Suite 400
Princeton, NJ 08540-6227
(609) 951-4118
melissa.chuderewicz@troutman.com

*Attorneys for Defendant RocketReach LLC*

Dated:  April 10, 2024

170462201v1