Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540-6227

**troutman**
**pepper**

troutman.com

**Angelo A. Stio III**
D 609.951.4125
angelo.stio@troutman.com

April 12, 2024

**VIA ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
　Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:**　*Atlas Data Privacy Corp., et al v. RocketReach LLC et al.*
　　**Civil Action No. 1:24-cv-4664**

Dear Judge Bartle:

　　This firm represents Defendant RocketReach LLC ("Defendant") in the above-referenced matter.  Defendant seeks to have Alan D. Wingfield, Esq. admitted *pro hac vice.*  Enclosed is the supporting declaration of Mr. Wingfield setting forth his qualifications, together with my declaration in support of his application and the Proposed Orders granting pro hac vice admission.

　　The parties have consented to these applications.  We therefore respectfully request the entry of the enclosed proposed orders.

　　Thank you for the Court's consideration of this request.

　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　/s/ Angelo A. Stio, III
　　　　　　　　　　　　Angelo A. Stio, III

cc:　　Ronald I. Raether, Esq.
　　　　Alan Wingfield, Esq.
　　　　Rajiv Parikh, Esq.
　　　　Mark Mao, Esq.
　　　　John Yanchunis, Esq.

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership
Delia Donahue, Partner-in-Charge, Princeton Office