Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant RocketReach LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROCKETREACH LLC, <br><br> Defendants. | Civil Action No. 1:24-cv-04664-HB |

### REQUEST BY LOCAL COUNSEL FOR
### *PRO HAC VICE* ATTORNEY TO
### RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.  An Order granting the admission *pro hac vice* of Tambry L. Bradford, Esq. in the within matter was entered on April 16, 2024 (Document Number 12); and

2.  The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                     */s/ Angelo A. Stio*
                                                    Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:
Name:      Tambry L. Bradford, Esq.
Address:   Troutman Pepper Hamilton Sanders LLP
           Two California Plaza
           350 South Grand, Suite 3400
           Los Angeles, CA  90071
Phone:     (213) 928-9800
E-Mail:    tambry.bradford@troutman.com