Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540



troutman.com

**Angelo A. Stio**
D 609.951.4125
angelo.stio@troutman.com

April 18, 2024

Clerk
United States District Court for the
District of New Jersey
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, NJ  08101

**Re:   Atlas Data Privacy Corporation, et al. v. RocketReach LLC, et al.
Civil Action No. 1:24-cv-04664-HB**

Dear Sir or Madam:

Please be advised that the Request by Local Counsel for *Pro Hac Vice* Admission Attorney to Receive Electronic Notification that was filed in the above-referenced matter on April 17, 2024 for PHV attorney Tambry L. Bradford [DOC. 14] was entered in error.  Ms. Bradford has not been admitted *pro hac vice* in this matter.

Very truly yours,

/s/ Angelo A. Stio, III


Angelo A. Stio, III

AAS:llm

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership
Delia C. Donahue, Partner-in-Charge, Princeton Office
170665758v1