Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com

*Attorneys for Defendant RocketReach LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKETREACH LLC, et al.,<br><br>Defendants. | Civil Action No. 1:24-cv-04664-HB |

### REQUEST BY LOCAL COUNSEL FOR
### *PRO HAC VICE* ATTORNEY TO
### RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order granting the admission *pro hac vice* of Ronald I. Raether, Esq. in the within matter was entered on April 16, 2024 (Document Number 11); and

2. The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                         */s/ Angelo A. Stio*
                                         Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:
Name: Ronald I. Raether, Esq.
Address: Troutman Pepper Hamilton Sanders LLP
5 Park Plaza
Suite 1400
Irvine, CA  92614
Phone: (213) 928-9800
E-Mail: ron.raether@troutman.com