Angelo A. Stio III
Melissa A. Chuderewicz
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com

*Attorneys for Defendant RocketReach LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROCKETREACH LLC, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-04664-HB <br><br> **APPLICATION FOR REFUND OF FEE** |

On April 17, 2024, the undersigned filed a Request by Local Counsel for *Pro Hac Vice* Attorney Tambry L. Bradford to Receive Electronic Notification [DOC 14] in this matter in error. A fee in the amount of $250 was paid via credit card (Tracking ID number ANJDC-15292976). I respectfully request that the Court issue a refund of this fee for the reasons set forth on the attached letter filed with the Clerk [DOC 15] stating that Ms. Bradford has not been admitted *pro hac vice* in this matter and that the Request was filed in error.

-2-

I certify that the foregoing is true and correct.

                                                          */s/ Angelo A. Stio*
                                                          Angelo A. Stio, III
                                                          **TROUTMAN PEPPER HAMILTON SANDERS LLP**
                                                          Suite 400
                                                          301 Carnegie Center
                                                          Princeton, NJ 08543-5276
                                                          (609) 452-0808

Dated: April 19, 2024

170682744v1

Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540



troutman.com

**Angelo A. Stio**
D 609.951.4125
angelo.stio@troutman.com

April 18, 2024

Clerk
United States District Court for the
District of New Jersey
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, NJ  08101

**Re:    Atlas Data Privacy Corporation, et al. v. RocketReach LLC, et al.
Civil Action No. 1:24-cv-04664-HB**

Dear Sir or Madam:

Please be advised that the Request by Local Counsel for *Pro Hac Vice* Admission Attorney to Receive Electronic Notification that was filed in the above-referenced matter on April 17, 2024 for PHV attorney Tambry L. Bradford [DOC. 14] was entered in error.  Ms. Bradford has not been admitted *pro hac vice* in this matter.

Very truly yours,

/s/ Angelo A. Stio, III


Angelo A. Stio, III

AAS:llm

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership
Delia C. Donahue, Partner-in-Charge, Princeton Office
170665758v1