# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                          **DATE OF PROCEEDINGS: 04/18/2024**
**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**   CV 24-4664 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
                    v.
ROCKETREACH LLC et al

**APPEARANCES:**
SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE




Time commenced:  10:00 AM                 Time Adjourned: 12:20 PM


Total: 2 hours and 20 minutes




                              s/ *David Bruey*
                              **DEPUTY CLERK**