Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400, 301 Carnegie Center
Princeton, NJ 08540-6277
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendant RocketReach LLC*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ROCKETREACH LLC, et al.,<br><br>Defendants. | (Electronically Filed)<br><br>Civil Action No. 1:24-cv-04664-HB<br><br>**NOTICE OF APPEARANCE** |

The undersigned hereby appears on behalf of Defendant RocketReach LLC in the above matter.

        Respectfully,

        **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:   /s/ Stephanie L. Jonaitis
       Stephanie L. Jonaitis
       301 Carnegie Center, Suite 400
       Princeton, NJ 08540-6227
       (609) 951-4212
       Stephanie.Jonaitis@troutman.com

       *Attorneys for Defendant RocketReach LLC*

Dated: July 26, 2024