Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ  08540-6227

troutman.com

**Angelo A. Stio III**
D 609.951.4125
angelo.stio@troutman.com

November 15, 2024

**VIA ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
　Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

　　**Re:**　*Atlas Data Privacy Corp., et al v. RocketReach LLC et al.*
　　　　　**Civil Action No. 1:24-cv-4664**

Dear Judge Bartle:

　　This firm represents Defendant RocketReach LLC ("Defendant") in the above-referenced matter.  Defendant seeks to have Tambry L. Bradford, Esq. admitted *pro hac vice*.  Enclosed is the supporting declaration of Ms. Bradford setting forth her qualifications, together with my declaration in support of her application and a proposed form of Order granting Ms. Bradford's *pro hac vice* admission.

　　The parties have consented to this application.  We therefore respectfully request the entry of the enclosed proposed order.

　　Thank you for the Court's consideration of this request.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Angelo A. Stio, III
　　　　　　　　　　　　　　　　　　　　Angelo A. Stio, III

cc:　All counsel of record (via ECF)
　　　Tambry L. Bradford, Esq. (via email)