Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendant RocketReach LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKETREACH LLC, RICHARD ROES 1- 10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | Civil Action No. 1:24-cv-04664-HB<br><br>**MOTION ON CONSENT FOR ADMISSION *PRO HAC VICE* OF TAMBRY L. BRADFORD** |

**PLEASE TAKE NOTICE** that, pursuant to L.Civ.R. 101.1(c), the undersigned attorneys for Defendant RocketReach, LLC ("Rocket Reach"), shall move before the Honorable Harvey Bartle III, sitting by designation in the United States District Court for District of New Jersey, Mitchell H. Cohen Bldg. & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for entry of an Order permitting Tambry L. Bradford, Esq. of Troutman Pepper Hamilton Sanders LLP to

appear in the above matter *pro hac vice*. Please note counsel for all parties consent to entry of said Order.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, RocketReach shall rely on the accompanying certifications of Angelo A. Stio III and Tambry L. Bradford.

A form of Order is submitted herewith.

Dated: December 6, 2024                **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie Jonaitis
301 Carnegie Center
Suite 400
Princeton, New Jersey 08540

*Attorneys for Defendant RocketReach LLC*