Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
angelo.stio@troutman.com
melissa.chuderewicz@troutman.com
stephanie.jonaitis@troutman.com

*Attorneys for Defendant RocketReach LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, and PETER ANDREYEV, <br><br>           Plaintiffs, <br><br>           v. <br><br> ROCKETREACH LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* <br><br>           Defendants. | Civil Action No. 1:24-cv-04664-HB <br><br> *DOCUMENT FILED ELECTRONICALLY* |

### REQUEST BY LOCAL COUNSEL FOR
### *PRO HAC VICE* ATTORNEY TO
### RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.   An Order granting the admission *pro hac vice* of Tambry L. Bradford, Esq. in the within matter was entered on December 12, 2024 (Document Number 56); and

2.   The Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*/s/ Angelo A. Stio*
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:       Tambry L. Bradford, Esq.
Address:    Troutman Pepper Hamilton Sanders LLP
            Two California Plaza
            350 South Grand Avenue, Suite 3400
            Los Angeles, CA  90071
Phone:      (213) 928-9800
E-Mail:     Tambry.Bradford@troutman.com