Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendant RocketReach LLC*

**IN THE UNITED DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, and PETER ANDREYEV,<br><br>              Plaintiffs,<br><br>              v.<br><br>ROCKETREACH LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>              Defendants. | Civil Action No. 1:24-cv-04664-HB<br><br>*DOCUMENT FILED ELECTRONICALLY* |

**WITHDRAWAL OF APPEARANCE, INCLUDING ELECTRONIC NOTIFICATION, OF *PRO HAC VICE* COUNSEL ALAN D. WINGFIELD**

On behalf of Defendant RocketReach LLC, please withdraw the *pro hac vice* appearance of Alan D. Wingfield, Esq. and remove him from further electronic notifications in the above-captioned matter. Defendant continues to be represented by the undersigned counsel of record and other Troutman Pepper Hamilton Sander LLP attorneys who have entered in their

appearances in this matter as well as the additional attorneys who have been admitted *pro hac vice*.

Dated: December 19, 2024        **TROUTMAN PEPPER HAMILTON SANDERS LLP**

                                          By:  *s/ Angelo A. Stio*
                                                  Angelo A. Stio III