Troutman Pepper Locke LLP
104 Carnegie Center, Suite 203
Princeton, NJ 08540

troutman.com

**Angelo A. Stio III**
D 609.951.4125
angelo.stio@troutman.com

November 3, 2025

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:    Innovis Data Solutions, Inc., Civil Action No. 1:24-cv-04176**
**DM Group, Inc., Civil Action No. 1:24-cv-4075**
**PropertyRadar, Inc., Civil Action No. 1:24-cv-5600**
**Deluxe Corp., Civil Action No. 1:24-cv-04080**
**RocketReach LLC, Civil Action No. 1:24-cv-04664**

Dear Judge Bartle:

This firm represents defendants Innovis Data Solutions, Inc., DM Group, Inc., PropertyRadar Inc., Deluxe Corp. and RocketReach LLC (the "Troutman Clients") in the above-referenced matters. We write to join in the request for a stay outlined in the November 3, 2025, letter filed by defendant Joy Rockwell Enterprises, Inc. ("Rockwell") in the matter entitled *Atlas Data Privacy Corp., et al. v. Joy Rockwell Enterprises, Inc. et al.* (No. 1:24-cv-04389) [Dkt. No. 71].

The Troutman Clients believe a stay is appropriate given the uncertainty surrounding the interpretation of New Jersey Daniel's Law and the Third Circuit's position that "an authoritative construction of the state statute by the New Jersey Supreme Court" is necessary to promote judicial economy and "give [it], other courts and the public clear answers" on what the statute means. *See* Third Circuit Court of Appeals' September 3, 2025, Petition and Order to Certify Questions of State Law, at 10-11. The Troutman Clients respectfully submit that the parties should not be required to engage in costly discovery, inevitable motion practice, and guessing as to Daniel's Law's meaning or validity, prior to the New Jersey Supreme Court interpreting the statute.

To the extent the Court does not deem a stay appropriate, the Troutman Clients join in defendant Rockwell's request for sequenced discovery and will be prepared to discuss Rockwell's proposal or other reasonable sequenced approaches that avoid the parties incurring excessive costs and engaging in motion practice before there is clarity on the law.

troutman
pepper locke

November 3, 2025
Page 2

---

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/Angelo A. Stio*

Angelo A. Stio