```
                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :
DM GROUP, INC., et al.                :        NO. 24-4075
_____

ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :
DELUXE CORP., et al.                  :        NO. 24-4080
_____

ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :
INNOVIS DATA SOLUTIONS, INC.,         :        NO. 24-4176
et al.                                :
_____

ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :
ZILLOW, INC., et al.                  :        NO. 24-4256
_____

ATLAS DATA PRIVACY                    :        CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :
THOMSON REUTERS CORP., et al.         :        NO. 24-4269
_____
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ACCUZIP, INC., et al. | : | NO. 24-4383 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| JOY ROCKWELL ENTERPRISES, INC., et al. | : : | NO. 24-4389 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ROCKETREACH LLC, et al. | : | NO. 24-4664 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| PROPERTYRADAR, INC., et al. | : | NO. 24-5600 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| THE ALESCO GROUP, L.L.C., et al. | : : | NO. 24-5656 |

```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
SEARCHBUG, INC., et al.         :       NO. 24-5658
```

```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
US DATA CORP., et al.           :       NO. 24-7324
```

<u>ORDER</u>

AND NOW, this 17th day of February 2026, it is hereby ORDERED that the letter request of plaintiffs to extend the time to submit mutually agreeable confidentiality orders in the above actions is GRANTED.  The parties shall report to the court in writing on or before February 23, 2026.

           BY THE COURT:


           <u>/s/   Harvey Bartle II</u>
                     J.