Troutman Pepper Locke LLP
104 Carnegie Center, Suite 203
Princeton, NJ 08540

troutman.com

**troutman
pepper locke**

---

**Angelo A. Stio**
D 609.951.4125
angelo.stio@troutman.com

July 16, 2026

**Via ECF**

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:**    *Atlas Data Privacy Corp., et al. v. RocketReach LLC,* **No. 1:24-cv-4664-HB**
       *Atlas Data Privacy Corp., et al. v. PropertyRadar, Inc.,* **No. 1:24-cv-05600-HB**
       *Atlas Data Privacy Corp., et al. v. Innovis Data Solutions, Inc.,* **No. 1:24-cv-04176-HB**
       *Atlas Data Privacy Corp., et al. v. DM Group, Inc.,* **No. 1:24-cv-04075-HB**
       *Atlas Data Privacy Corp., et al. v. Deluxe Corp.,* **No. 1:24-cv-04080-HB**

Dear Judge Bartle:

We write on behalf of the defendants in the Daniel's Law matters, who filed a motion for reconsideration of the Court's June 30, 2026 Order (the "Order") directing the parties to select four federal Daniel's Law cases—two chosen by Plaintiffs and two chosen by Defendants—to proceed to trial as bellwether cases while the remaining federal matters are stayed.  The Order further (a) directs the parties to submit to the court a proposed pretrial schedule or schedules for the four selected cases on or before July 20, 2026, and (b) schedules a Rule 16 conference in the selected cases for July 30, 2026.  In light of the motion to reconsideration, which is returnable on August 17, 2026, we respectfully request the Court adjourn the deadline for selecting bellwether cases and the Rule 16 conference until after the motion for reconsideration has been fully briefed and decided.

We also make this request to adjourn the deadlines because Plaintiffs have not identified their two bellwether cases and the parties' first meet and confer is scheduled for tomorrow, which does not provide defendants with meaningful time to attempt to select cases and discuss discovery plans with clients.

Troutman Pepper Locke LLP, a Georgia limited liability partnership
Melissa Chuderewicz, Partner-in-Charge, Princeton Office

The Honorable Harvey Bartle III, U.S.D.J.
July 16, 2026
Page 2

Respectfully,

Angelo A. Stio, III