PEM
LAW LLP

**Julia R. Livingston, Esq.**
jlivingston@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.640.7659

November 2, 2026

**VIA ECF**
Honorable Harvey Bartle III
District of New Jersey (by designation)
c/o Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re: Atlas Data Privacy Corporation, et al. v. RocketReach, LLC**
**Docket No. 24-cv-4664**

Dear Judge Bartle,

Plaintiffs and Defendant RocketReach LLC have reached a preliminary resolution of this matter, but counsel are discussing a few ancillary settlement terms.

In an effort to be efficient and mindful of costs, counsel jointly request an extension of the pending discovery deadlines for one week so that we may focus on finalizing a resolution.

Thank you for the Court's continued attention to this matter.

Respectfully submitted,

**PEM LAW LLP**
*Attorneys for Plaintiffs*

By: */s/ Julia R. Livingston*
JULIA R. LIVINGSTON

c: All counsel of record (via eCourts)