PEM LAW LLP

**Julia R. Livingston, Esq.**
jlivingston@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.640.7659

November 10, 2026

**VIA ECF**
Honorable Harvey Bartle III
District of New Jersey (by designation)
c/o Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re: Atlas Data Privacy Corporation, et al. v. RocketReach, LLC**
**Docket No. 24-cv-4664**

Dear Judge Bartle,

Plaintiffs write with the consent of Defendant RocketReach, LLC's counsel, as a follow-up to Plaintiffs' November 2, 2026 letter [Dkt. 142], to advise the Court that the parties are still negotiating in good faith to finalize a settlement of this matter.

We therefore respectfully request that the stay of the discovery deadlines be extended for an additional two weeks, to enable the parties to determine if the settlement agreement can be finalized.

Thank you for your consideration of this request.

Respectfully submitted,

**PEM LAW LLP**
*Attorneys for Plaintiffs*

By: */s/ Julia R. Livingston*
JULIA R. LIVINGSTON

c: All counsel of record (via eCourts)