IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION et al. | : | CIVIL ACTION |
| v. | : | |
| ROCKETREACH LLC et al. | : | NO. 24-4664 |

ORDER

AND NOW, this 12th day of November 2026, upon consideration of the joint letter request of the parties for an extension of the stay of the pending discovery deadlines, it is hereby ORDERED that this action is STAYED until November 24, 2026.

BY THE COURT:

/s/ Harvey Bartle III
J.