Troutman Pepper Locke LLP
104 Carnegie Center, Suite 203
Princeton, NJ 08540

troutman.com

**Stephanie L. Jonaitis**
D 609.951.4212
Stephanie.Jonaitis@troutman.com

November 24, 2026

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re: <u>Atlas Data Privacy Corporation, et al. v. RocketReach, LLC</u>**
**Docket No. 24-cv-4664**

Dear Judge Bartle:

This firm represents defendant RocketReach LLC in the above-referenced matter. I write with the consent of Plaintiffs' counsel to advise the Court that the parties are close to finalizing a settlement of this matter. We therefore respectfully request that the stay of the discovery deadlines be extended for an additional two weeks, until December 8, 2026.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Stephanie L. Jonaitis

Stephanie L. Jonaitis

cc: All Counsel (via ECF)